UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO PERALEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　　Defendant. | No. ED CV 12-00358-VBK<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED:  January 3, 2013　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　VICTOR B. KENTON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE